# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00605-CV

### R. M., Appellant

### v.

### D. R. and B. R., Appellees

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2016-1621B, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R.M. filed his notice of appeal on September 13, 2017. The appellate record was complete October 2, 2017, making appellant's brief due October 23, 2017. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than November 17, 2017. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 2, 2017.

Before Chief Justice Rose, Justices Pemberton and Goodwin